# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I    Halley Josephs                                    , hereby petition the United States District
Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In
support of my petition, I state as follows:

My office address is:                Susman Godfrey L.L.P.

1301 Avenue of the Americas, 32nd Fl.

New York, NY 10019

Office Telephone:        212-336-8330

I was admitted to practice before the Courts listed below on the date shown after
the name of each Court, and I am currently a member in good standing of all those Courts.
New York-5/15/15; United States District Courts: Southern District of New York-10/25/16, Eastern

District of New York-11/18/16, Eastern District of Michigan-10/25/16; United States Courts of

Appeals: Second Circuit 10/12/16, Third Circuit 7/12/16.

My attorney Identification number is:   5348214- New York

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____        Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____        Date: _____

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

_____

_____

_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do _____, do not ___X___, have any disciplinary action, contempt or other proceedings involving me pending before any court.  (Check the appropriate space.)  If there are pending proceedings, please explain: _____

_____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

___X___ Special Admission (specify by a check which rule) under

LR 83.8.2.1 _X_, LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

For the purposes of the case listed below.

_____

NAME THE PARTY YOU REPRESENT:

Steven Plavin, Plaintiff

If special admission is requested for a particular case, please list case number and caption:

Case # _3:17-cv-01462-RDM_____

Caption # _Steven Plavin, et al. v. Group Health Incorporated_____

I understand that:

1)  If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2)  If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

    If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

    J. Timothy Hinton, Jr. (PA ID 61981); Michael F. Cosgrove, (PA ID 47349)
    Haggerty Hinton & Cosgrove, LLP
    203 Franklin Avenue, Scranton, PA 18503; Tel.: (570) 344-9845

3)  If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

5348214- New York
(Bar Identification Number and State where admitted)
8/17/17
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER _____ Halley Josephs _____

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

### CODE OF PROFESSIONAL CONDUCT

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_____
Signature

SPONSOR'S CERTIFICATE:

I, _____Michael F. Cosgrove_____, am a member in good

standing of the Bar of the United States District Court for the Middle District of

Pennsylvania, having been admitted to practice on (month)___December___ (day)_1____,

(year)_1986__.   I have known the above petitioner for

_____a few years_____.   To my knowledge, the petitioner's moral character

is as follows: _____exceptional_____

_____

To my knowledge, the petitioner's educational background and experience are as

follows: _____see attached CV_____

_____

I sponsor and recommend ____Halley Josephs_____

for admission as a qualified attorney to practice before this court.

_____*Michael F. Cosgrove*_____
(sponsor)

Office address:       _____203 Franklin Avenue_____

_____Scranton, PA 18503_____

Telephone:       _____570-344-9845_____

Attorney Bar I.D. Code No. _____47349_____

# SUSMAN GODFREY L.L.P.



## Halley Josephs
### Associate

New York
(212) 729-2044
hjosephs@susmangodfrey.com.

## Overview

Halley Josephs joined Susman Godfrey after clerking for Judge Patty Shwartz of the United States Court of Appeals for the Third Circuit and Judge Anita B. Brody of the United States District Court for the Eastern District of Pennsylvania.  Ms. Josephs earned her J.D. from Yale Law School and graduated Phi Beta Kappa from the University of Virginia.

## Education

University of Virginia (B.A., with distinction)

Yale Law School (J.D.)

## Judicial Clerkships

Law Clerk to the Honorable Patty Shwartz, United States Court of Appeals for the Third Circuit

Law Clerk to the Honorable Anita B. Brody, United States District Court for the Eastern District of Pennsylvania

## Honors and Distinctions

Coker Fellow, Torts, Professor Douglas Kysar

Teaching Assistant to the Honorable Stefan R. Underhill (D. Conn.), Complex Civil Litigation

Articles Editor, *Yale Journal on Regulation*

Phi Beta Kappa

Raven Society

## Professional Associations and Memberships

New York State Bar

United States Court of Appeals for the Second Circuit

United States Court of Appeals for the Third Circuit

United States District Court for the Eastern District of New York

United States District Court for the Southern District of New York