UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT    :

**PETITION**

I _____Steve Cohen_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: _____15 Broad Street_____

_____Suite 2412_____

_____New York, NY 10005_____

Office Telephone: _____917-364-4197_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

_____New York-2013; Southern District of New York- 2015; Eastern District of New York-2015._____

My attorney Identification number is: _____5159587- New York_____

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____     Date: _____

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)   None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__X__ Special Admission (specify by a check which rule) under

LR 83.8.2.1 _X_, LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

For the purpose of the case listed below.

NAME THE PARTY YOU REPRESENT:

Steve Plavin, Plaintiff

If special admission is requested for a particular case, please list case number and caption:

Case # 3:17-cv-01462-RDM

Caption # Steven Plavin, et al. v. Group Health Incorporated,

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

J. Timothy Hinton, Jr. (PA ID 61981); Michael F. Cosgrove, (PA ID 47349)
Haggerty Hinton & Cosgrove, LLP
203 Franklin Avenue, Scranton, PA 18503; Tel.: (570) 344-9845

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

5159587- New York
(Bar Identification Number and State where admitted)
8/16/17
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER __Steve Cohen__

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

_____
Signature

SPONSOR'S CERTIFICATE:

I, __Michael F. Cosgrove__, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) __December__ (day) __1__, (year) __1986__. I have known the above petitioner for __a few years__. To my knowledge, the petitioner's moral character is as follows:
__exceptional__

To my knowledge, the petitioner's educational background and experience are as follows:
__see attached CV__

I sponsor and recommend __Steve Cohen__ for admission as a qualified attorney to practice before this court.

*Michael F. Cosgrove*
(sponsor)

Office address:   203 Franklin Avenue

Scranton, PA 18503

Telephone:   570-344-9845

Attorney Bar I.D. Code No. __47349__

# Steve Cohen

15 Broad Street, Apt. 2412 ▪ New York, NY 10005 ▪ 917-364-4197 ▪ SteveCBald@Gmail.com

## LEGAL EXPERIENCE

**Kramer, Dillof, Livingston & Moore** 2013-2016
- Lead attorney and investigator, $1 billion False Claims Act suit
- Brought in product liability and medical malpractice cases worth more than $20 million
- Director of Marketing: tripled qualified inquiries through new website, SEO, collateral materials
- Publicity: Articles by or about partners in The New York Times, Daily Beast, CNN, NY Law Journal
- National Law Journal, Penn State Law Review, Hamodia, NY Post, NY Daily News, NY Observer
- Public Service Award: American Bar Association Military Pro Bono Project 2014

**Law School Externships** 2010-2013
- Kings County District Attorney's Office
- The City of New York Business Integrity Commission
- The U.S. Attorney's Office – Southern District of New York
- The Honorable Bruce Allen, New York County Supreme Court

---

## BUSINESS EXPERIENCE

**Entrepreneur**, New York, Paris, Oslo 2000 - 2013
**Co-Founder, CEO**

### iCollege Counselor
- Joint Venture with Zinch to provide college-bound counseling to parents/students
- Sold to Chegg resulting in IPO

### Child Health Guide
- Launched revolutionary consumer healthcare site with Oslo-based doctors
- Joint venture with Harvard & Dartmouth Medical Schools
- Built team, raised capital, responsible for all sales and business relationships including:
- Harvard Pilgrim Health Care, Staywell, Kaboose, Loews, EMC
- Scholastic, Parenting Magazine, Parents Magazine
- Winner Best Web Resource 2008, Magazine Publishers Association

### Living Independently
- Patented technology service that helped elderly live more safely.
- Built team, raised $14 million in investment capital, sales to:
- United Healthcare, LifeFone, ADT, Goddard Riverside, Coordinated Care Systems,
- Keystone Hospice & Homecare, Meridian Health
- Government-sponsored demonstration projects with NY, PA, NJ
- Business sold to General Electric Health Care

### BrainQuest/4-to-14
Unsuccessful dot-com. Published daily e-newspaper and customized, on-demand workbooks for children.
- Built team, raised capital, developed co-marketing relationships:
- Scholastic, Princeton Review, HiFusion, B&N.com, Ingram/Lightening Source,
- World Book, Berlitz, Wall Street Journal

**Scholastic** 1992-2000
**Managing Director**
Reported to the CEO and the Executive Vice President

- Launched new businesses, evaluated business and marketing opportunities, coordinated all corporate research activities.
- Launched and managed:
- Parent & Child Magazine  - one million circulation
- Literacy Partners  - book sales of $25 million in 3 years
- Parent Bookshelf - teacher-sponsored club with $3 million in sales
- Just for 3rd Grade Teachers Catalogue – first vertically integrated catalogue
- Scholastic Multi-Lingual Books – Four titles, 12 languages; sold 100,000 units

### Chiat Day/Perkins Butler                                                                                      1990 -1992
**Vice President**
- Responsible for new business development. Clients acquired include:
- Time-Warner, Sheraton, Microsoft, Liz Claiborne

### Playboy Enterprises                                                                                                    1987-1990
**Vice President, Marketing & Communications**
- Responsible for all public relations, special events, newsstand marketing
- Consumer media coverage increased 30% and trade 50% with no budget increase
- Developed ad campaign that won two Clios and increased newsstand sales 3%

### Time Magazine                                                                                                              1984-1987
**Worldwide Director Public Affairs, Special Events & Special Projects**
- Responsible for all public relations, special events, and new ventures including:
- CoverMaker/Newsquest - award-winning educational computer software; secured $1 million sponsorship from IBM
- The TIME College Achievement Awards - advertiser-supported, controlled-circulation magazine
- TIME Television - Man of the Year (syndicated), Fast  Copy (NBC)

### Time Video Development Group

1982-1984
**Marketing Director**
- Responsible for the positioning of Teletext to consumers, advertisers, agencies
- Sold 20 major advertisers and ad agencies into the Teletext test
- Member of the "Delta" video game channel development and launch team

### J. Walter Thompson                                                                                                       1981-1982
**Director of Client Services, Entertainment Division**
- Responsible for new business development.  New clients included The New York City Opera, Twentieth Century Fox Films, Harcourt Brace Jovanovich, The New York Arrows

### Reagan/Bush Presidential Campaign                                                                     1980 -1981
**Managing Account Supervisor**
- Co-author of 20 television commercials and print ads that ran nationally
- Coordinated all national and spot media

### Scali McCabe Sloves/NCK Advertising                                                                  1977-1980
**Account Executive**
- Accounts included Hebrew National, Pioneer Electronics, Olympia Beer, Clairol

### New York State Senate                                                                                                   1975-1977
**Executive Assistant to Senator Linda Winikow**
- Ran Albany and Rockland County district offices

- Drafted legislation, speeches, correspondence; managed staff

---

**Teaching**                                                                                  1983 - Present
**Adjunct Professor**
- NYU, Fordham

**Guest Lecturer**
- Brown, Dartmouth, Columbia, Stanford, SUNY

**Author**                                                                                     1975 - Present
- Author of 7 books including three best-sellers
- Book-of-the-Month Club selection, Parents Choice Award
- Contributor to *The New York Times, Wall Street Journal, NY Observer, Weekly Standard, Forbes,*
- *New York Magazine, City Journal, NY Sun, New York Observer, Naval Institute Proceedings,*
- *Chronicle of Higher Education, Education Week, Inside Higher Education, Mademoiselle, The Daily Beast*

**Editorial Board**                                                                            2015 -Present
*The New York Observer*

---

## COMMUNITY SERVICE
**Clinton White House**                                                                        1995
**Co-Chair**
Prescription for Reading Partnership

**U.S. Naval Institute**                                                                       2000 - 2009
**Board of Directors**

**Reach Out and Read**                                                                         1999-2010
**Board of Directors**

**Corlears School**
**Board Vice Chairman**                                                                        1991-1995

---

## GUEST SPEAKER
| | |
|---|---|
| **Present Day Club, Princeton** | 2015 |
| **College Board Higher Education Colloquium** | 2015 |
| **Rotary Club of New York** | 2014 |
| **UBS College Seminar** | 2013-2015 |
| **NPR** | 2013 |
| **Chief of Naval Operations Executive Panel** | 2008 |
| **Cantigny/McCormick Tribune Foundation Conference on Future of Service Academies** | 2001 |

## EDUCATION
**New York Law School**, New York, NY                                                          2013
 *Juris Doctor*, *Cum Laude*
 Dean's List - High Honors, GPA 3.6, Rank 15th in Class, Moot Court Member

**Brown University**, Providence, RI                                                           1975
 *AB Honors*, Public Policy
 Rhodes Scholar State Finalist; Class Marshal; Student Member of Board of Trustees, Squash Team

**United States Naval Academy**, Annapolis, MD                                                 1972

Chairman, Plebe Professional Program, Varsity Sailing, Honorable Discharge

---

## PERSONAL
Married, two children ages 24 and 29
Former competitive squash player (B-)
Completed 9 sea kayak marathons
Announcer, Poly Prep football 2006-2009