

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN PLAVIN

Civil Action No. 3:17-CV-01462-RDM

Plaintiff

**AFFIDAVIT OF SERVICE**

v.

GROUP HEALTH INCORPORATED

Defendant
---------------------------------------/

STATE OF NEW YORK  )
                       S.S.
COUNTY OF NEW YORK)

**ROBERT MILLS**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 18th day of August, 2017, at approximately the time of 2:05pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, AND CIVIL COVER SHEET** upon **EMBLEMHEALTH, INC.,** c/o GROUP HEALTH INCORPORATED, Attn: GENERAL COUNSEL at 55 Water Street, New York, NY 10041 by personally delivering and leaving the same with **LUZ CAMPOS,** who informed deponent that she holds the position of Paralegal with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**LUZ CAMPOS** is a tan Hispanic female, approximately 38 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 150 pounds with brown hair and brown eyes wearing glasses.

_____
**ROBERT MILLS, #1004298**

Sworn to before me this
21st day of August, 2017

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com