# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>GROUP HEALTH INCORPORATED,<br><br>                Defendant. | 3:17-cv-01462-RDM |

## **NOTICE OF ERRATA**

Please take notice of the following errata and correction to Plaintiff Steven Plavin's Class Action Complaint (Dkt. 1), filed on August 16, 2017:

The Complaint cites to three exhibits at ¶¶ 22, 23, and 29. These exhibits were inadvertently omitted as attachments to Plaintiff's August 16 filing. Plaintiff hereby files Exhibits A, B, and C to the Complaint.

Dated: September 6, 2017

                                              Respectfully submitted,

                                              */s/ William Christopher Carmody*
                                              William Christopher Carmody (*Pro Hac Vice*)
                                              (NY4539276)
                                              Arun Subramanian (*Pro Hac Vice*)
                                              (NY4611869)
                                              Halley Josephs (*Pro Hac Vice*)
                                              (NY5348214)
                                              SUSMAN GODFREY LLP
                                              1301 Avenue of the Americas, 32nd Floor
                                              New York, NY  10019-6023
                                              Tel.: 212-336-8330

Fax: 212-336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
hjosephs@susmangodfrey.com

Steve Cohen (*Pro Hac Vice*)
(NY5159587)
15 Broad St., Suite 2412
New York, NY 10005
Tel.: (212) 255-4944
Steve.Cohen@SteveCohenEsq.com

J. Timothy Hinton, Jr., Esq. (PA ID 61981)
Michael F. Cosgrove, Esq. (PA ID 47349)
HAGGERTY HINTON & COSGROVE LLP
203 Franklin Avenue
Scranton, PA 18503
Tel: (570) 344-9845
timhinton@haggertylaw.net
mikecosgrove@haggertylaw.net

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 6th day of September, 2017, as indicated below:

John Gleeson
Maura K. Monaghan
Jared I. Kagan
Eric W. Shannon
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Tel.: 212-909-7281
jgleeson@debevoise.com
mkmonaghan@debevoise.com
jikagan@debevoise.com
ewshannon@debevoise.com


                                                     */s/ Halley W. Josephs*
                                                     Halley W. Josephs