# EXHIBIT C

## FISCAL YEAR 2013 NYC CBP NON-SENIOR MEDICAL SERVICE BENEFIT REPORT
### CBP and all Riders Combined (BMP, COB and ESI Drugs excluded)

| | Participating | | | | Non-Participating | | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Services | % of Total Services | Submitted Charges | Amount Paid | Services | % of Total Services | Submitted Charges | Amount Paid | Services | Submitted Charges | Amount Paid |
| Surgery | 30,608 | 71.9% | $100,416,494 | $24,300,053 | 11,944 | 28.1% | $114,809,680 | $31,127,071 | 42,552 | $215,226,175 | $55,427,124 |
| Assistant Surgeon(s) | 2,624 | 52.2% | 11,538,075 | 945,223 | 2,402 | 47.8% | 21,939,074 | $1,920,785 | 5,026 | 33,477,148 | 2,866,008 |
| Medical Care | 179,646 | 73.9% | 53,755,576 | 16,590,405 | 63,539 | 26.1% | 21,513,427 | $8,980,646 | 243,185 | 75,269,003 | 25,571,051 |
| Consult. Specialist | 10,178 | 74.6% | 4,021,982 | 1,491,124 | 3,467 | 25.4% | 1,790,532 | $587,702 | 13,645 | 5,812,514 | 2,078,826 |
| Anesthesia | 21,854 | 89.8% | 65,874,158 | 31,843,478 | 2,477 | 10.2% | 5,994,315 | $2,560,866 | 24,331 | 71,868,473 | 34,404,343 |
| Diagnos. Lab, X-Ray | 111,600 | 81.5% | 18,161,365 | 4,662,035 | 25,297 | 18.5% | 7,090,097 | $1,827,513 | 136,897 | 25,251,462 | 6,489,548 |
| Maternity | 20,464 | 92.4% | 63,169,937 | 27,477,745 | 1,691 | 7.6% | 5,919,053 | $2,652,627 | 22,155 | 69,088,990 | 30,130,372 |
| Psychotherapy | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Total In-Hospital | 376,974 | 77.3% | $316,937,586 | $107,310,063 | 110,817 | 22.7% | $179,056,178 | $49,657,209 | 487,791 | $495,993,765 | $156,967,272 |
| | | | | | | | | | | | |
| Surgery | | | | | | | | | | | |
| Generalist | 307 | 41.2% | 103,973 | 20,178 | 439 | 58.8% | 157,670 | 49,150 | 746 | $261,642 | $69,328 |
| Specialist | 572,655 | 89.5% | 378,657,428 | 99,516,946 | 66,842 | 10.5% | 132,841,913 | 44,651,761 | 639,497 | 511,499,341 | 144,168,707 |
| Assistant Surgeon(s) | 1,953 | 51.4% | 6,116,126 | 387,513 | 1,848 | 48.6% | 10,136,900 | 965,540 | 3,801 | 16,253,026 | 1,353,053 |
| Other Provider | 32,133 | 78.1% | 6,679,795 | 2,066,609 | 9,016 | 21.9% | 8,964,310 | 3,520,147 | 41,149 | 15,644,105 | 5,586,757 |
| Total Surgery | 607,048 | 88.6% | $391,557,321 | $101,991,246 | 78,145 | 11.4% | $152,100,793 | $49,186,598 | 685,193 | $543,658,114 | $151,177,845 |
| | | | | | | | | | | | |
| Office Visits | | | | | | | | | | | |
| Initial Generalist | 19 | 46.3% | 3,385 | 565 | 22 | 53.7% | 5,951 | 221 | 41 | $9,336 | $786 |
| Initial Specialist | 4,226 | 73.8% | 1,080,935 | 229,705 | 1,498 | 26.2% | 574,229 | 33,481 | 5,724 | 1,655,164 | 263,186 |
| Initial Chiropractic | 22 | 43.1% | 6,282 | 558 | 29 | 56.9% | 6,640 | 862 | 51 | 12,922 | 1,420 |
| Initial Podiatric | 2 | 100.0% | 930 | 55 | 0 | 0.0% | 0 | 5 | 2 | 930 | 60 |
| Subseq. Generalist | 7,462 | 70.4% | 1,016,429 | 155,271 | 3,133 | 29.6% | 493,002 | 70,152 | 10,595 | 1,509,431 | 225,423 |
| Subseq. Specialist | 6,091,685 | 92.4% | 647,396,869 | 209,131,826 | 501,982 | 7.6% | 62,971,663 | 8,991,594 | 6,593,667 | 710,368,532 | 218,123,420 |
| Subseq. Chiropractic | 147,898 | 67.2% | 10,380,058 | 2,040,355 | 72,235 | 32.8% | 8,498,939 | 852,754 | 220,133 | 18,878,997 | 2,893,110 |
| Subseq. Podiatric | 54,113 | 83.9% | 6,223,803 | 786,129 | 10,364 | 16.1% | 1,867,173 | 202,213 | 64,477 | 8,090,976 | 988,343 |
| Other Office Visit(s) | 1,031,586 | 92.2% | 65,828,465 | 21,147,179 | 87,634 | 7.8% | 22,677,161 | 2,110,260 | 1,119,220 | 88,505,627 | 23,257,438 |
| Total Office Visits | 7,337,013 | 91.6% | $731,937,156 | $233,491,643 | 676,897 | 8.4% | $97,094,758 | $12,261,545 | 8,013,910 | $829,031,915 | $245,753,187 |
| | | | | | | | | | | | |
| Other Services | | | | | | | | | | | |
| Consult. Specialist | 102,221 | 90.3% | 36,432,987 | 10,495,620 | 10,947 | 9.7% | 4,697,742 | 878,721 | 113,168 | $41,130,729 | $11,374,341 |
| Diagnostic X-Ray | 2,503,756 | 96.1% | 531,634,281 | 178,282,429 | 102,672 | 3.9% | 46,836,935 | 8,774,165 | 2,606,428 | 578,471,217 | 187,056,594 |
| Diagnostic Labs | 9,215,014 | 85.7% | 779,591,835 | 171,231,518 | 1,538,930 | 14.3% | 164,422,156 | 22,379,332 | 10,753,944 | 944,013,991 | 193,610,849 |
| Emergency Room | 270,305 | 92.3% | 47,133,433 | 14,124,882 | 22,596 | 7.7% | 2,817,629 | 348,632 | 292,901 | 49,951,062 | 14,473,514 |
| Sec. Surg. Opinion | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Radiation Therapy | 63,644 | 89.3% | 77,773,279 | 33,149,894 | 7,586 | 10.7% | 9,131,723 | 4,271,753 | 71,230 | 86,905,002 | 37,421,647 |
| Anesthesia | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Chemotherapy | 403,870 | 92.6% | 29,264,374 | 14,574,782 | 32,273 | 7.4% | 2,778,730 | 1,104,037 | 436,143 | 32,043,103 | 15,678,819 |
| Total Other Services | 12,558,810 | 88.0% | $1,501,830,189 | $421,859,124 | 1,715,004 | 12.0% | $230,684,915 | $37,756,640 | 14,273,814 | $1,732,515,104 | $459,615,764 |
| | | | | | | | | | | | |
| Total Out-of-Hospital | 20,502,871 | 89.2% | $2,625,324,667 | $757,342,014 | 2,470,046 | 10.8% | $479,880,466 | $99,204,783 | 22,972,917 | $3,105,205,133 | $856,546,796 |
| | | | | | | | | | | | |
| Drugs & Medicine | 0 | 0.0% | 0 | 0 | 10 | 100.0% | 389 | 350 | 10 | $389 | $350 |
| RN & LPN Service | 251,153 | 95.3% | 11,428,510 | 10,936,165 | 12,523 | 4.7% | 610,532 | 436,563 | 263,676 | 12,039,042 | 11,372,728 |
| Ambulance | 15,498 | 16.9% | 5,612,153 | 2,989,483 | 76,244 | 83.1% | 13,328,947 | 10,675,093 | 91,742 | 18,941,100 | 13,664,575 |
| Equip, Appl, Oxygen | 2,717,682 | 93.5% | 39,517,100 | 25,624,129 | 189,739 | 6.5% | 6,757,978 | 1,646,415 | 2,907,421 | 46,275,078 | 27,270,543 |
| Vision | 0 | 0.0% | 0 | 282 | 0 | 0.0% | 0 | (5) | 0 | 0 | 277 |
| Psychotherapy | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 |
| R & B Psychotherapy | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 |
| R & B Misc. | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Alch/Subs Abuse I/P | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Alch/Subs Abuse O/P | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Other Service(s) | 491,234 | 90.2% | 166,865,518 | 83,612,060 | 53,299 | 9.8% | 53,102,935 | 10,675,119 | 544,533 | 219,968,453 | 94,287,179 |
| Total Misc. Services | 3,475,567 | 91.3% | $223,423,281 | $123,162,118 | 331,815 | 8.7% | $73,800,780 | $23,433,534 | 3,807,382 | $297,224,061 | $146,595,652 |
| | | | | | | | | | | | |
| Grand Total | 24,355,412 | 89.3% | $3,165,685,534 | $987,814,195 | 2,912,678 | 10.7% | $732,737,424 | $172,295,525 | 27,268,090 | $3,898,422,958 | $1,160,109,720 |