UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | CASE NO.: 17-cv-01462-RDM |
| GROUP HEALTH INCORPORATED, | |
| Defendant. | |

---

## [PROPOSED] ORDER

On this _____ day of September 2017, upon consideration of the Defendant's Unopposed Motion to Extend Time to Answer, Plead, or Move ("Motion"), it is hereby ORDERED that the Motion is **GRANTED**. Defendant shall have until October 6, 2017 to answer, plead, or move in response to Plaintiff's Complaint.

_____
Robert D. Mariani
United States District Judge