UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

STEVEN PLAVIN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

GROUP HEALTH INCORPORATED,

    Defendant.

CASE NO.: 17-cv-01462-RDM

---

## ORDER

On this _8th_ day of September 2017, upon consideration of the Defendant's Unopposed Motion to Extend Time to Answer, Plead, or Move ("Motion"), it is hereby ORDERED that the Motion is **GRANTED**. Defendant shall have until October 6, 2017 to answer, plead, or move in response to Plaintiff's Complaint.

_____
Robert D. Mariani
United States District Judge