UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

```
----------------------------------------------------------------- x
STEVEN PLAVIN, on behalf of himself and   :
others similarly situated,                :
                                          :
              Plaintiff,                  :
                                          :    CASE NO.: 17-cv-01462-
v.                                        :    RDM
                                          :
GROUP HEALTH INCORPORATED,                :
                                          :
              Defendant.                  :
                                          :
                                          :
----------------------------------------------------------------- x
```

**[PROPOSED] ORDER**

On this _____ day of _____ 2017, upon consideration of the Defendant Group Health Incorporated's Unopposed Motion to Extend Page Limitations on Supporting Brief ("Motion"), it is hereby ORDERED that said Motion is **GRANTED**. Defendant may file a brief in support of its forthcoming motion to dismiss of up to 26 pages in length.

_____
Robert D. Mariani
United States District Judge