THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN PLAVIN, on behalf of :
himself and all others similarly situated :
:
      Plaintiff :
v. : 3:17-CV-01462
: (JUDGE MARIANI)
GROUP HEALTH INCORPORATED :
:
      Defendant :

## ORDER

**AND NOW, THIS 29TH DAY OF SEPTEMBER, 2017**, upon consideration of Defendant Group Health Incorporated's Unopposed Motion to Extend Page Limitations on Supporting Brief (Doc. 20), **IT IS HEREBY ORDERED THAT** Defendant's Motion is **GRANTED AS FOLLOWS**: Defendant may file a brief in support of its motion to dismiss Plaintiff's Complaint not to exceed **7,500** words in length.

                                                       _____
                                                       Robert D. Mariani
                                                       United States District Judge