UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

STEVEN PLAVIN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

GROUP HEALTH INCORPORATED,

    Defendant.

No. 3:17-cv-01462-RDM

Judge Robert D. Mariani

Electronically Filed

---

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that the corporate parent of Defendant Group Health Incorporated ("GHI") is EmblemHealth, Incorporated. With respect to GHI, a private non-governmental party, no public company owns 10% or more of its stock.

Dated: October 6, 2017  Respectfully submitted,

By: */s/ Peter H. LeVan, Jr.*
  Peter H. LeVan, Jr.

DEBEVOISE & PLIMPTON LLP  LeVAN LAW GROUP LLC
John Gleeson*  plevan@levanlawgroup.com
Maura K. Monaghan*  One Logan Square
Jared I. Kagan*  18th & Cherry Streets
Eric W. Shannon*  Philadelphia, PA 19103
jgleeson@debevoise.com  (215) 561-1500
mkmonaghan@debevoise.com
jikagan@debevoise.com
ewshannon@debevoise.com
919 Third Avenue
New York, NY 10022
(212) 909-6000

* admitted *pro hac vice*  *Attorneys for Defendant*
  *Group Health Incorporated*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2017, I caused a true and correct copy of the foregoing *Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1* to be filed using the Court's Electronic Filing System ("ECF System").  The document is available for viewing and downloading via the ECF System, and will be served by operation of the ECF System upon all counsel of record.

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr.
