# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) <u>3:17-cv-01462</u><br>) (Judge Mariani) |
| v. | )<br>) |
| GROUP HEALTH INCORPORATED, | )<br>) |
| Defendant. | )<br>) |

## [PROPOSED] ORDER

On this _____ day of October 2017, upon consideration of the Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss or File An Amended Complaint as of Right ("Motion"), it is hereby ORDERED that the Motion is **GRANTED**. Plaintiff shall have until November 17, 2017 to respond to Defendant's Motion to Dismiss or file an amended Complaint as of right.

_____
Robert D. Mariani
United States District Judge