UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) 3:17-cv-01462 ) (Judge Mariani) |
| v. | ) ) |
| GROUP HEALTH INCORPORATED, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

On this _12th_ day of October 2017, upon consideration of the Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss or File An Amended Complaint as of Right ("Motion"), it is hereby ORDERED that the Motion is **GRANTED**. Plaintiff shall have until November 17, 2017 to respond to Defendant's Motion to Dismiss or file an amended Complaint as of right.

Robert D. Mariani
United States District Judge