**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

------------------------------------------------------------ x

STEVEN PLAVIN, on behalf of himself and all
others similarly situated,

                 Plaintiff,

v.

GROUP HEALTH INCORPORATED,

                 Defendant.

------------------------------------------------------------ x

No. 3:17-cv-01462-RDM

Judge Robert D. Mariani

Electronically Filed

**DEFENDANT GROUP HEALTH INCORPORATED'S UNOPPOSED**
**MOTION TO ADJOURN THE CASE MANAGEMENT CONFERENCE**

Defendant Group Health Incorporated ("GHI") hereby moves for a brief
adjournment of the case management conference, currently scheduled for
November 2, 2017, at 10:30 a.m., until a date after November 17, 2017, when
Plaintiff may amend his Complaint or otherwise respond to the pending motion to
dismiss the Complaint in its entirety, and, in support thereof, avers as follows:

      1.  Plaintiff completed service of his Complaint upon GHI on or about
August 18, 2017 by personal service.

2.  By Order dated September 8, 2017, the Court granted GHI an extension of time until October 6, 2017, to answer, plead, or move in response to the Complaint.  (ECF Doc. 15)

3.  On October 6, 2017, GHI filed a motion to dismiss the four-count putative class action Complaint in its entirety, in part because the entire Complaint is time barred.  (ECF Doc. 31)

4.  On October 11, 2017, the Court issued an Order in this matter scheduling a case management conference for November 2, 2017, at 10:30 a.m. (ECF Doc. 32)

5.  The same day, Plaintiff requested an extension of time to respond to the motion to dismiss or to file an amended Complaint, in part to accommodate the trial schedule of Plaintiff's counsel (ECF Doc. 33).

6.  The following day – October 12, 2017 – the Court granted Plaintiff's request for an extension of time until November 17, 2017, to either amend his Complaint or otherwise respond to GHI's motion to dismiss. (ECF Doc. 34)

7.  The case management conference is currently scheduled to occur 15 days before Plaintiff is required to amend his Complaint or otherwise respond to GHI's motion to dismiss.

8.  To ensure that the parties are in the best position to discuss an appropriate discovery schedule and adequately address all pretrial issues, the

parties respectfully request that the Court briefly adjourn the case management conference until after November 17, 2017, when the parties and the Court will have the benefit of knowing the operative pleading that will govern this matter.

9.  A brief adjournment of the case management conference until after November 17 would not unduly delay the resolution of this matter.

10. Plaintiff's Counsel is aware of and concurs in the relief sought in this Motion.

WHEREFORE, GHI respectfully requests that the Court grants this Unopposed Motion to Adjourn the Case Management Conference.


**DEBEVOISE & PLIMPTON LLP**
John Gleeson*
Maura K. Monaghan*
Jared I. Kagan*
Eric W. Shannon*
919 Third Avenue
New York, NY 10022
(212) 909-6000

*admitted *pro hac vice*


Dated: October 26, 2017

**LeVAN LAW GROUP LLC**
By: */s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr.
One Logan Square – 27th Floor
18th & Cherry Streets
Philadelphia, PA 19103
(215) 561-1500
plevan@levanlawgroup.com

*Attorneys for Defendant*
*Group Health Incorporated*

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 26, 2017, I caused a true and correct copy of the foregoing *Defendant Group Health Incorporated's Unopposed Motion to Adjourn the Case Management Conference* to be filed using the Court's Electronic Filing System ("ECF System").  The document is available for viewing and downloading via the ECF System, and will be served by operation of the ECF System upon all counsel of record.

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr.