## **CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 7.1 of the Rules of Court of the United States District Court for the Middle District of Pennsylvania, I certify that, by emails dated October 24, 2017, and October 25, 2017, my co-counsel sought concurrence from Plaintiff's counsel for the relief sought in this Motion.  By email dated October 25, 2017, counsel for Plaintiff indicated that Plaintiff concurred.

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr.