UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GROUP HEALTH INCORPORATED,<br><br>    Defendant. | CASE NO.: 17-cv-01462-RDM |

---

## ORDER

On this _____ day of _____ 2017, upon consideration of the Defendant Group Health Incorporated's Unopposed Motion to Adjourn the Case Management Conference ("Motion"), it is hereby ORDERED that said Motion is **GRANTED**.  The case management conference previously scheduled for November 2, 2017, at 10:30 a.m. is rescheduled to November ____, 2017, at _____ __m.   All other portions of the Order of October 11, 2017 (ECF No. 32) remain in effect.


              _____
              Robert D. Mariani
              United States District Judge