UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------ x
STEVEN PLAVIN, on behalf of himself and all :
others similarly situated, :
:
    Plaintiff, :
:
v. : CASE NO.: 17-cv-01462-RDM
:
GROUP HEALTH INCORPORATED, :
:
    Defendant. :
:
:
------------------------------------------------------------------ x

## ORDER

On this 27th day of October 2017, upon consideration of the Defendant Group Health Incorporated's Unopposed Motion to Adjourn the Case Management Conference ("Motion"), it is hereby ORDERED that said Motion is **GRANTED**. The case management conference previously scheduled for November 2, 2017, at 10:30 a.m. is rescheduled to January 4, 2018, at 10:30 a.m. All other portions of the Order of October 11, 2017 (ECF No. 32) remain in effect.

                                                                     Robert D. Mariani
                                                        United States District Judge