# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GROUP HEALTH INCORPORATED,<br><br>Defendant. | 3:17-cv-01462<br>(Hon. Robert D. Mariani) |

## [PROPOSED] ORDER

On this _____ day of _____ 2017, upon consideration of the Defendant Group Health Incorporated's Motion to Dismiss (Dkt. 31) and Plaintiff Steven Plavin's Opposition thereto (Dkt. 41), it is hereby ORDERED that the Motion is **DENIED**.

 

 

_____
Robert D. Mariani
United States District Judge