## CERTIFICATE OF SERVICE

I certify that on December 8, 2017, I caused a true and correct copy of the foregoing *Reply Memorandum of Law in Further Support of Defendant Group Health Incorporated's Motion to Dismiss the Complaint for Failure to State a Claim Upon Which Relief Can be Granted* to be filed using the Court's Electronic Filing System ("ECF System"). The document is available for viewing and downloading via the ECF System, and will be served by operation of the ECF System upon all counsel of record.

/s/ Peter H. LeVan, Jr.