IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated, : : : | |
| Plaintiffs, : : | |
| v. : : | 3:17-CV-01462 (JUDGE MARIANI) |
| GROUP HEALTH INCORPORATED : : : | |
| Defendant. : | |

## ORDER

A case management conference was conducted in the above-captioned matter on January 5, 2018. Participating on behalf of Plaintiffs were Arun Subramanian, Halley Josephs, Michael Cosgrove, Steve Cohen, and William Carmody. Participating on behalf of Defendant were Eric Shannon, Jared Kagan, John Gleeson, Maura Monaghan, and Peter LeVan. The purpose of this Order is to set forth the pretrial schedule established as a result of the conference.

AND NOW, THIS 5th DAY OF JANUARY, 2018, IT IS HEREBY ORDERED THAT:

1. Discovery shall proceed only with respect to materials that were previously disclosed in the New York Attorney General's investigation of Defendant resulting in a 2014 Assurance of Discontinuance, subject to the parties' submission of a

proposed Protective Order. All other discovery will be **STAYED** pending the disposition of Defendant's motion to dismiss. (Doc. 31)

2. The establishment of remaining pretrial deadlines, including those for additional fact discovery, potentially dispositive motions, expert discovery, and class certification, will be **STAYED** until the Court's ruling on Defendant's motion to dismiss (Doc. 31), at which time the parties shall contact the Court to convene a conference call in order to set the remaining pretrial deadlines.

Robert D. Mariani
United States District Judge