IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN PLAVIN, on behalf of himself : 
and all others similarly situated, :
:
Plaintiffs, :
:
v. : 3:17-CV-01462
: (JUDGE MARIANI)
GROUP HEALTH INCORPORATED :
:
Defendant. :

## ORDER

AND NOW, THIS  16th  DAY OF JANUARY, 2018, this Court acknowledges receipt of the parties' Joint Proposed Protective Order, (Doc. 53), recognizes the document as an agreement between the parties, and will accordingly enforce it as such. In doing so, this Court expresses no opinion as to the merits of the agreement and neither approves nor disapproves of its contents. **ACCORDINGLY, IT IS HEREBY ORDERED THAT** the parties' Joint Proposed Protective Order, (Doc. 53), is **ACCEPTED**.

Robert D. Mariani
United States District Judge