THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN PLAVIN, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

GROUP HEALTH INCORPORATED,

    Defendant.

3:17-CV-1462
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 22nd DAY OF JUNE, 2018, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. The Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 31) is **GRANTED.**

2. The Complaint (Doc. 1) **is DISMISSED WITH PREJUDICE**.

3. The Clerk of the Court is directed to **CLOSE** the case.

_____
Robert D. Mariani
United States District Judge

1