UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>GROUP HEALTH INCORPORATED,<br><br>   Defendant. | 3:17-cv-01462<br>(Hon. Robert D. Mariani) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Steven Plavin, in the above-named case, appeals to the United States Court of Appeals for the Third Circuit from the June 22, 2018 opinion and order of Judge Robert D. Mariani granting Defendant's motion to dismiss Plaintiff's Complaint with prejudice.

Dated: July 5, 2018

/s/ William Christopher Carmody
William Christopher Carmody (*Pro Hac Vice*)
(NY4539276)
Arun Subramanian (*Pro Hac Vice*)
(NY4611869)
Halley W. Josephs (*Pro Hac Vice*)
(NY5348214)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
Tel.: 212-336-8330

1

Fax: 212-336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
hjosephs@susmangodfrey.com

Steve Cohen (*Pro Hac Vice*)
(NY5159587)
15 Broad St., Suite 2412
New York, NY 10005
Tel.: (212) 255-4944
Steve.Cohen@SteveCohenEsq.com

J. Timothy Hinton, Jr., Esq. (PA ID 61981)
Michael F. Cosgrove, Esq. (PA ID 47349)
HAGGERTY HINTON & COSGROVE LLP
203 Franklin Avenue
Scranton, PA 18503
Tel: (570) 344-9845
timhinton@haggertylaw.net
mikecosgrove@haggertylaw.net

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served via electronic means on the following counsel of record, this 5th day of July, 2018, as indicated below:

| | |
|---|---|
| **DEBEVOISE & PLIMPTON LLP**<br>919 Third Ave.<br>New York, NY 10022<br>(212) 909-6000<br>John Gleeson<br>jgleeson@debevoise.com<br>Maura K. Monaghan<br>mmonaghan@debevoise.com<br>Jared I. Kagan<br>jkagan@debevoise.com | **LEVAN LAW GROUP LLC**<br>One Logan Square – 27th Floor<br>18th & Cherry Streets<br>Philadelphia, PA 19103<br>(215) 561-1500<br>Peter H. LeVan, Jr.<br>plevan@levanlawgroup.com |

                                                    */s/ Halley W. Josephs*

                                                    *Attorneys for Plaintiff and the Class*