UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-2490
_____

STEVEN PLAVIN,

                    Appellant

v.

GROUP HEALTH INCORPORATED
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D. C. No. 3-17-cv-01462)
District Judge: Honorable Robert D. Mariani
_____

Argued on March 15, 2019

Before: MCKEE, ROTH and FUENTES, <u>Circuit Judges</u>
_____

**JUDGMENT**
_____

This case came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued on March 15, 2019.

On consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the order of the District Court entered June 22, 2018, be and the same is hereby **VACATED**. Costs taxed against Appellee.

All of the above in accordance with the Opinion of this Court.

                                                  ATTEST:

                                        <u>s/ Patricia S. Dodszuweit</u>
                                        Clerk

Dated:  May 21, 2021