UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————————

No. 18-2490

————————

STEVEN PLAVIN,

Appellant

v.

GROUP HEALTH INCORPORATED

————————

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D. C. No. 3-17-cv-01462)
District Judge:  Honorable Robert D. Mariani

————————

Argued on March 15, 2019

Before: MCKEE, ROTH and FUENTES, Circuit Judges

————————————————

**JUDGMENT**
————————————————

This case came to be heard on the record from the United States District Court for

the Middle District of Pennsylvania and was argued on March 15, 2019.

On consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the order of the District

Court entered June 22, 2018, be and the same is hereby **VACATED**.  Costs taxed against

Appellee.

All of the above in accordance with the Opinion of this Court.


ATTEST:


s/ Patricia S. Dodszuweit
Clerk


Dated:  May 21, 2021


Costs taxed in favor of Appellant Steven Plavin as follows:

|              |           |
|--------------|-----------|
| Appeal Fee   | $505.00   |
| Brief        | $174.20   |
| Reply Brief  | $108.00   |
| Appendix     | $294.51   |
| **TOTAL**    | **$1,081.71** |

Certified as a true copy and issued in lieu
of a formal mandate on ___06/14/2021___

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**