OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



June 14, 2021

Mr. Peter J. Welsh
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building & United States Courthouse
235 North Washington Avenue
Scranton, PA 18503

RE: Steven Plavin v. Group Health Inc
Case Number: 18-2490
District Court Case Number: 3-17-cv-01462

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,

s/ Patricia S. Dodszuweit
Clerk

By: James King
Case Manager
267-299-4958

cc: William C. Carmody
Nicholas C. Carullo
Michael F. Cosgrove
John Gleeson
Anna R. Gressel

J. Timothy Hinton Jr.
Halley W. Josephs
Jared I. Kagan
Peter H. LeVan Jr.
Maura K. Monaghan
Arun S. Subramanian