# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN PLAVIN, on behalf of himself
and all others similarly situated,

  Plaintiff,

v.            3:17-CV-1462
              (JUDGE MARIANI)
GROUP HEALTH INCORPORATED,

  Defendant.

## ORDER

**AND NOW**, THIS \_\_15th\_\_ **DAY OF JUNE, 2021,** the above-captioned action having been remanded to this Court for further proceedings consistent with the Third Circuit's Opinion in *Plavin v. Group Health Incorporated*, -- F.App'x --, 2021 WL 2026868 (3d Cir. 2021), **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **RE-OPEN** the above-captioned action.

2. Within **14 days of the date of this Order**, the parties shall file a joint letter setting forth the status of this action and listing all agreed upon case management deadlines as well as any deadlines upon which the parties have failed to agree. Should the parties agree on all new case management deadlines, and the Court agrees that the requested deadlines are appropriate, the Court shall adopt the parties' submission and issue an Order incorporating the deadlines therein. Should the letter reflect any deadlines upon which the parties

have failed to agree, or should the parties so request in the letter, the Court will

schedule a telephone conference to address any issues raised by the parties.

Robert D. Mariani
United States District Judge