THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated, : <br><br> Plaintiff, : <br> v. : <br><br> GROUP HEALTH INCORPORATED, : <br><br> Defendant. : | 3:17-CV-1462 <br> (JUDGE MARIANI) |

## ORDER

**AND NOW, THIS** \_\_\_6th\_\_\_ **DAY OF JULY, 2021**, upon receipt and consideration of the parties' letter setting forth the status of the above-captioned action and providing proposed case management deadlines (Doc. 63), **IT IS HEREBY ORDERED THAT:**

1. Defendant's request that the action be stayed is **DENIED**.[1]

2. Defendant shall file an answer to Plaintiff's Complaint on or before **July 16, 2021**.

3. Motions to amend the pleadings shall be filed no later than **August 30, 2021**.

4. All fact discovery shall be completed by **January 31, 2022**.

---

[1] Defendant GHI also requests leave to file "an early motion for summary judgment on the ground that Plaintiff's claims are barred by the relevant statute of limitations." (Doc. 63, at 3). The Federal Rules of Civil Procedure allow a party to file a motion for summary judgment "at any time until 30 days after the close of discovery" unless a different time is set by local rule or Court order. Fed. R. Civ. P. 56(b). The Court will thus not preclude Defendant from filing a motion for summary judgment at any time it deems appropriate prior to the dispositive motion deadline set forth in this Order. Nonetheless, Defendant should be cognizant that the filing of such motion will not operate to delay proceedings in this matter and no stay will be issued on the basis of the filing of an early motion for summary judgment.

5. Reports from **Plaintiff's** experts related to class certification shall be due by **April 29, 2022**.

6. Reports from **Defendant's** experts related to class certification shall be due by **May 27, 2022.**

7. Supplementations to the parties' expert reports related to class certification shall be due by **June 10, 2022**.

8. Plaintiff's motion for class certification shall be filed no later than **July 1, 2022**. Plaintiff's counsel shall provide the Court with a courtesy copy of the motion, supporting brief, and all accompanying exhibits. Counsel for Defendant shall also provide a courtesy copy of the brief in opposition and all accompanying exhibits.

9. All other potentially dispositive motions, as well as any *Daubert* motions, shall be filed no later than **90 days** from the date of the Court's ruling on Plaintiff's motion for class certification. If filing a dispositive motion or *Daubert* motion, counsel shall provide the Court with a courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition and all accompanying exhibits.

10. All reports unrelated to class certification from **Plaintiff's** experts shall be due no later than **30 days** from the date of the Court's ruling on Plaintiff's motion for class certification.

11. All reports unrelated to class certification from **Defendant's** experts shall be due no later than **60 days** from the date of the Court's ruling on Plaintiff's motion for class certification.

12. Supplementations to the parties' expert reports unrelated to class certification shall be due **75 days** from the date of the Court's ruling on Plaintiff's motion for class certification.

                                                Robert D. Mariani
                                                United States District Judge