THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated, *et al.* | : | |
| Plaintiff, | : | |
| v. | : | 3:17-CV-1462 |
| | : | (JUDGE MARIANI) |
| GROUP HEALTH INCORPORATED, | : | |
| Defendant. | : | |

FILED
SCRANTON
OCT 08 2021
PER ___
DEPUTY CLERK

### ORDER

**AND NOW, THIS 8TH DAY OF OCTOBER, 2021,** following a conference call with counsel for all parties on October 7, 2021, **IT IS HEREBY ORDERED THAT:**

1. The parties shall meet and confer and attempt to reach an agreement on the precise term(s) that will be used in Plaintiff's request for production of documents in substitution for the term "profits" which will fairly describe Defendant's revenue, less expenses.

2. No later than **seven (7) days** from the date of this Order, the parties shall file a joint letter on CM-ECF informing the Court whether an agreement has been reached with respect to the issue identified in ¶ 1 herein.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge