IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, MICHELLE DAVIS-MATLOCK, GARY ALTMAN, and DANIELLE THOMAS, on behalf of themselves and all others similarly situated, | : No. 3:17-cv-1462-RDM : : Judge Robert D. Mariani |
| *Plaintiffs*, | : |
| v. | : |
| GROUP HEALTH INCORPORATED, | : |
| *Defendant*. | : |

## STIPULATED ORDER MODIFYING SCHEDULE

Plaintiffs Steven Plavin, Michelle Davis-Matlock, Gary Altman, and Danielle Thomas and Defendant Group Health Inc. hereby stipulate to the following and the Court modifies the deadlines in the above-captioned case as follows:

1. Under the Order currently governing the schedule for this matter ("Scheduling Order") (ECF Doc. 64; issued July 6, 2021), the deadline for fact discovery is January 31, 2022.

2. The parties have been diligently engaging in discovery activities but agree that additional time for their ongoing discovery efforts is necessary.

3. The parties therefore stipulate and agree, and the Court now ORDERS, that: (a) all document discovery shall be substantially completed by **March 11, 2022**; and (b) all fact discovery shall be completed by **April 8, 2022**.

4. All remaining deadlines and other terms set forth in the Scheduling Order remain in effect and shall continue to govern this matter.

IT IS SO ORDERED.

Dated: 12/22/21

_____
Honorable Robert D. Mariani
United States District Judge