SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 3800 | 32ND FLOOR |
|---|---|---|
| 1000 LOUISIANA STREET | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (206) 516-3880 | (212) 336-8330 |

HALLEY JOSEPHS
DIRECT DIAL (310) 789-3163

E-MAIL HJOSEPHS@SUSMANGODFREY.COM

May 24, 2022

**VIA ECF**

The Honorable Robert D. Mariani
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    Re:    *Steven Plavin et al. v. Group Health Inc.*, No. 3:17-cv-01462

Dear Judge Mariani:

    The parties in the above-referenced matter write jointly to request modification of the case management schedule governing this litigation. Under the Order currently governing the schedule for this matter ("Scheduling Order") (ECF No. 91, issued March 26, 2022), the deadline for fact discovery is June 10, 2022. The parties have been diligently engaging in discovery activities but have met and conferred and agree that additional time for their ongoing discovery efforts is necessary, including to schedule and complete remaining fact depositions.

    The parties propose the following amendments to the Scheduling Order:

- Close of Fact Discovery: July 8, 2022;

- Plaintiffs' affirmative expert reports related to class certification, if any, due: August 12, 2022;

May 24, 2022
Page 2

- Defendant's affirmative expert reports related to class certification, if any, due: September 9, 2022;
- Supplementations to the parties' expert reports related to class certification, if any, due: October 7, 2022;
- Plaintiffs' Motion for Class Certification due: October 26, 2022;
- Defendant's Opposition to Class Certification due: December 9, 2022; and,
- Plaintiffs' Reply due: January 6, 2023.

All remaining deadlines in the Scheduling Order would remain in effect and continue to govern this matter.

The parties therefore stipulate and agree, and respectfully request that the Court grant the Stipulated Order Modifying the Scheduling Order, attached hereto. In accordance with Local Rule 7.1, we also include and file a Certificate of Concurrence.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Halley W. Josephs* | */s/ Justin C. Ferrone* |
| Halley W. Josephs | John Gleeson, admitted pro hac vice |
| *(Pro Hac Vice)* (CA338391) | Maura Monaghan, admitted pro hac vice |
| **SUSMAN GODFREY L.L.P.** | Jared I. Kagan, admitted pro hac vice |
| 1900 Avenue of the Stars | Justin C. Ferrone, admitted pro hac vice |
| Suite 1400 | **DEBEVOISE & PLIMPTON LLP** |
| Los Angeles, California 90067 | 919 Third Avenue |
| Tel: (310) 789-3100 | New York, New York 10022 |
| Fax: (310) 789-3150 | Tel: (212) 909-6000 |
| hjosephs@susmangodfrey.com | Fax: (212) 909-6836 |
| | jgleeson@debevoise.com |
| | mkmonaghan@debevoise.com |

May 24, 2022
Page 3


| | |
|---|---|
| William Christopher Carmody<br>*(Pro Hac Vice)* (NY4539276)<br>Arun Subramanian<br>*(Pro Hac Vice)* (NY4611869)<br>Nicholas C. Carullo<br>*(Pro Hac Vice)* (NY5598578)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, New York 10019-6023<br>Tel.: 212-336-8330<br>Fax: 212-336-8340<br>bcarmody@susmangodfrey.com<br>asubramanian@susmangodfrey.com<br>ncarullo@susmangodfrey.com | jikagan@debevoise.com<br>jcferrone@debevoise.com<br><br>Peter H. LeVan, Jr.<br>**LeVAN STAPLETON SEGAL COCHRAN LLC**<br>One Liberty Place<br>1650 Market St, Suite 3600<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 561-1500<br>plevan@levanstapleton.com<br><br>*Attorneys for Defendant* |

J. Timothy Hinton, Jr., Esq.
(PA ID 61981)
Michael F. Cosgrove, Esq.
(PA ID 47349)
**HAGGERTY HINTON & COSGROVE LLP**
203 Franklin Avenue
Scranton, Pennsylvania 18503
Tel: (570) 344-9845
timhinton@haggertylaw.net
mikecosgrove@haggertylaw.net


*Attorneys for Plaintiffs*