## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, GARY ALTMAN, MICHELLE DAVIS-MATLOCK, and DANIELLE THOMAS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP HEALTH INCORPORATED,<br><br>Defendant. | No. 3:17-cv-1462-RDM<br><br>Judge Robert D. Mariani |

## **CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 7.1 of the Rules of Court of the United States District Court for the Middle District of Pennsylvania, I certify that counsel for all parties concurred in the Stipulated Order Modifying Schedule that counsel submitted to the Court via letter filed by ECF on this day.

Dated: May 24, 2022            **SUSMAN GODFREY L.L.P.**

By: */s/ Halley W. Josephs*
William Christopher Carmody
(*Pro Hac Vice*) (NY4539276)
Arun Subramanian
(*Pro Hac Vice*) (NY4611869)
Nicholas C. Carullo
(*Pro Hac Vice*) (NY5598578)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, New York 10019-6023

Tel.: 212-336-8330
Fax: 212-336-8340
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
ncarullo@susmangodfrey.com

Halley W. Josephs
(*Pro Hac Vice*) (CA338391)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: (310) 789-3100
Fax: (310) 789-3150
hjosephs@susmangodfrey.com

J. Timothy Hinton, Jr., Esq.
(PA ID 61981)
Michael F. Cosgrove, Esq.
(PA ID 47349)
HAGGERTY HINTON & COSGROVE
203 Franklin Avenue
Scranton, Pennsylvania 18503
Tel: (570) 344-9845
timhinton@haggertylaw.net
mikecosgrove@haggertylaw.net

*Attorneys for Plaintiffs*