## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, GARY ALTMAN, MICHELLE DAVIS-MATLOCK, and DANIELLE THOMAS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP HEALTH INCORPORATED,<br><br>Defendant. | No. 3:17-cv-1462-RDM<br><br>Judge Robert D. Mariani |

## STIPULATED ORDER MODIFYING SCHEDULE

Plaintiffs Steven Plavin, Michelle Davis-Matlock, Gary Altman, and Danielle Thomas and Defendant Group Health Incorporated hereby stipulate to the following and the Court modifies the deadlines in the above-captioned case as follows:

1.    Under the Order currently governing the schedule for this matter ("Scheduling Order") (ECF No. 91, issued March 26, 2022), the deadline for fact discovery is June 10, 2022.

2.    The parties have been diligently engaging in discovery activities but agree that additional time for their ongoing discovery efforts is necessary, including to schedule and complete remaining fact depositions.

3.    The parties therefore stipulate and agree and the Court now ORDERS, that:

(a) all fact discovery shall be completed by **July 8, 2022**;

(b) Plaintiffs' affirmative expert report related to class certification, if any, due: **August 12, 2022**;

(c) Defendant's affirmative expert report related to class cert, if any, due: **September 9, 2022**;

(d) Supplementations to the parties' expert reports related to class certification, if any, due: **October 7, 2022**;

(e) Plaintiffs' Motion for Class Certification due: **October 26, 2022**;

(f) Defendant's Opposition to Class Certification due: **December 9, 2022**; and

(g) Plaintiffs' Reply due: **January 6, 2023**.

4.      All remaining deadlines and other terms set forth in the Scheduling Order remain in effect and shall continue to govern this matter.

IT IS SO ORDERED.

Dated: _____       _____
                                     Honorable Robert D. Mariani
                                     United States District Judge

2