THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN PLAVIN, on behalf of himself :
and all others similarly situated, *et al*. :
:
      Plaintiff, :
v. :   3:17-CV-1462
:   (JUDGE MARIANI)
GROUP HEALTH INCORPORATED, :
:
      Defendant. :

## ORDER

**AND NOW, THIS 3RD DAY OF JUNE, 2022**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant GHI's Motion to Compel (Doc. 95) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiffs shall answer Interrogatory Numbers 10 and 11 (*see* Doc. 95-3). In doing so, Plaintiffs and Plaintiffs' counsel shall be required to identify all persons who are clients or prospective clients of Plaintiffs' counsel in this action. Plaintiffs and Plaintiffs' counsel shall not be required to identify, describe, relate, or otherwise set forth any communications between any client or prospective client and Plaintiffs' counsel, including any recitation of any such communications in narrative form.

2. With respect to Requests for Production Numbers 56, 57, 58 (*see* Doc. 95-1), Plaintiffs shall produce all documents responsive to Defendant's requests. In doing so, Plaintiffs and Plaintiffs' counsel shall not be required to produce or

otherwise make available documents which contain, record, or memorialize any communication between Plaintiffs' counsel and any client or prospective client.

_____
Robert D. Mariani
United States District Judge