UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, GARY ALTMAN, MICHELLE DAVIS-MATLOCK, and DANIELLE THOMAS, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP HEALTH INCORPORATED,<br><br>Defendant. | No. 3:17-cv-1462-RDM<br><br>Judge Robert D. Mariani |

## STIPULATED ORDER MODIFYING SCHEDULE

Plaintiffs Steven Plavin, Michelle Davis-Matlock, Gary Altman, and Danielle Thomas and Defendant Group Health Incorporated hereby stipulate to the following and the Court modifies the deadlines in the above-captioned case as follows:

1. Under the Order currently governing the schedule for this matter ("Scheduling Order") (ECF No. 109, issued May 29, 2022), the deadline for fact discovery is July 8, 2022.

2. The parties have been diligently engaging in discovery activities but agree that additional time for their ongoing discovery efforts is necessary, including to schedule and complete remaining fact depositions.

3. The parties therefore stipulate and agree and the Court now ORDERS that:

   (a) all fact discovery shall be completed by **August 8, 2022**;

   (b) Plaintiffs' affirmative expert report related to class certification, if any, are due on **September 8, 2022**;

(c) Defendant's affirmative expert report related to class certification, if any, are due on **October 7, 2022**;

(d) Supplementations to the parties' expert reports related to class certification, if any, are due on **November 4, 2022**;

(e) Plaintiffs' Motion for Class Certification is due on **November 30, 2022**;

(f) Defendant's Opposition to Class Certification is due on **January 13, 2023**; and

(g) Plaintiffs' Reply in Support of Class Certification is due on **February 10, 2023**.

4. All remaining deadlines and other terms set forth in the Scheduling Order remain in effect and shall continue to govern this matter.

**IT IS SO ORDERED.**

Dated: _____         _____
                                 Honorable Robert D. Mariani
                                 United States District Judge