# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, MICHELLE DAVIS-MATLOCK, GARY ALTMAN, and DANIELLE THOMAS, on behalf of themselves and all others similarly situated, | No. 3:17-cv-1462-RDM |
| Plaintiffs, | Judge Robert D. Mariani |
| v. | |
| GROUP HEALTH INCORPORATED, | |
| Defendant. | |

## CERTIFICATE OF CONCURRENCE

In accordance with Local Rule 7.1 of the Rules of Court of the United States District Court for the Middle District of Pennsylvania, I certify that counsel for all parties concurred in the Stipulated Order Modifying Schedule that counsel submitted to the Court via letter filed by ECF on this day.

Dated: July 7, 2022      **LeVAN STAPLETON SEGAL COCHRAN LLC**

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr.
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
215.561.1500
plevan@levanstapleton.com

*Attorneys for Defendant*