THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN PLAVIN, on behalf of himself :
and all others similarly situated, *et al.* :
:
      Plaintiff, :
v. : 3:17-CV-1462
: (JUDGE MARIANI)
GROUP HEALTH INCORPORATED, :
:
      Defendant. :

## ORDER

**AND NOW, THIS 17TH DAY OF OCTOBER, 2022,** upon receipt and consideration of the parties' letters (*see* Docs. 127, 128), **IT IS HEREBY ORDERED THAT** a telephone conference shall be held on **Thursday, October 20, 2022, at 3:00 p.m.** Counsel for the Defendant is responsible for arranging the call to (570) 207-5750 and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge