**Debevoise & Plimpton**

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

October 25, 2022

**BY ECF**

The Honorable Robert D. Mariani
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

**Re:** *Steven Plavin et al. v. Group Health Incorporated*, No. 3:17-cv-01462

Dear Judge Mariani:

We represent Defendant Group Health Incorporated ("GHI") in the above-referenced action and write on behalf of all parties. During the parties' October 20, 2022 conference with the Court, the Court asked the parties to meet and confer in good faith in order to determine whether there are any material disputes of fact that are relevant to GHI's proposed partial motion for summary judgment based on the statute of limitations. Since that conference, the parties have met and conferred and propose the following agreed-upon schedule for submitting a statement to the Court regarding this issue.

November 1, 2022 – GHI will send its statement of undisputed material facts to Plaintiffs along with a high-level outline of its argument for the proposed partial motion for summary judgment.

November 8, 2022 – Plaintiffs will respond to GHI's undisputed facts and identify any additional facts that the Plaintiffs believe are material to GHI's argument.

November 8-14, 2022 – The parties will meet and confer to discuss any facts that are in dispute.

November 15, 2022 – The parties will submit a joint statement to the Court containing the parties' response(s) to the Court's question.

Pursuant to the Court's direction during the October 20 conference, the parties are holding in abeyance Plaintiffs' deadline to serve their expert reports (currently set for November 4, 2022) until the Court has decided whether GHI may proceed with its partial motion for summary judgment. After the Court decides that issue, the parties will promptly submit a proposed schedule to the Court.

The Hon. Robert D. Mariani, U.S.D.J.   2   October 25, 2022

We appreciate the Court's attention to this matter.

Respectfully submitted,

By: */s/ Jared Kagan*
Jared Kagan, *admitted pro hac vice*

cc (by ECF):   All Counsel of Record