## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| STEVEN PLAVIN, GARY ALTMAN, MICHELLE DAVIS-MATLOCK, and DANIELLE THOMAS, on behalf of themselves and all others similarly situated | ) ) ) ) ) | No. 3:17-cv-1462-RDM |
|  | ) | Judge Robert D. Mariani |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| GROUP HEALTH INCORPORATED, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## STIPULATED ORDER AUTHORIZING FILING UNDER SEAL

Plaintiffs and Defendant hereby stipulate to, and the Court hereby orders, as follows:

1.      By Order dated December 1, 2022 (ECF 136), the Court authorized Defendant Group Health Incorporated to file a motion for summary judgment on statute of limitations grounds ("Motion").

2.      By Stipulated Order dated December 9, 2022 (ECF 138), the Court entered a briefing schedule for the Motion and modified other case deadlines.

3.      The Court previously entered a protective order governing the discovery in this matter ("Protective Order") (ECF 53-54) which, among other things, provides that the filing of any material that has been marked as Confidential or Attorneys' Eyes Only should be filed under seal. Protective Order ¶ 11.

4.      The parties intend to rely upon information, and to submit one or more supporting exhibits, that has been marked Confidential or Attorneys' Eyes Only.

5.      Therefore, the parties hereby stipulate, and the Court hereby orders, that the parties may file under seal portions of their briefs in support of or opposition to Defendant's motion, and exhibits thereto, that include documents or information that  have been designated as Confidential or Attorneys' Eyes Only pursuant to Protective Order in this action (ECF 53-54).

**IT IS SO ORDERED.**

Dated:   _____         _____

Honorable Robert D. Mariani
United States District Judge