THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PLAVIN, on behalf of himself and all others similarly situated, *et al.* : <br><br> Plaintiff, :<br> v. : <br> : <br> GROUP HEALTH INCORPORATED, : <br> : <br> Defendant. : | 3:17-CV-1462 <br> (JUDGE MARIANI) |

## ORDER

**AND NOW, THIS 22nd DAY OF SEPTEMBER, 2023,** upon consideration of the Motion for Summary Judgment filed by Defendant Group Health Incorporated ("GHI") (Doc. 141), and all documents relevant to such motion, **IT IS HEREBY ORDERED THAT** GHI's Motion for Summary Judgment (Doc. 141) is **GRANTED** in part and **DENIED** in part as follows:

1. GHI's Motion for Summary Judgment (Doc. 141) is **GRANTED** as to all Plaintiffs' New York General Business Law ("GBL") § 349, GBL § 350, and New York Insurance Law § 4226(a) claims, including those of former Plaintiff Steven Plavin, as asserted in Plaintiffs' Second, Third, and Fourth Claims for Relief in the Amended Complaint (Doc. 70).[1] Judgment is entered in favor of Defendant GHI and against Plaintiffs on these claims (Doc. 70).

---

[1] Steven Plavin voluntarily withdrew from this case on June 27, 2022. (Doc. 115.)

2. GHI's Motion for Summary Judgment (Doc. 141) is **DENIED without prejudice** as to all Plaintiffs' unjust enrichment claims, including those of former Plaintiff Plavin, as asserted in Plaintiffs' First Claim for Relief in the Amended Complaint (Doc. 70).

_____
Robert D. Mariani
United States District Judge