THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN PLAVIN, on behalf of himself :
and all others similarly situated, *et al.* :
:
      Plaintiff, :
v. : 3:17-CV-1462
: (JUDGE MARIANI)
GROUP HEALTH INCORPORATED, :
:
      Defendant. :

## ORDER

**AND NOW, THIS 16TH DAY OF NOVEMBER, 2023**, upon consideration of the parties' letter to the Court (Doc. 155) and Stipulation for Dismissal attached thereto (Doc. 155-1), **IT IS HEREBY ORDERED THAT:**

1. The parties' Stipulation for Dismissal (Doc. 155-1) is **APPROVED**.

2. Plaintiff's remaining claim on unjust enrichment is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs' appellate rights as to any previously dismissed claims are preserved.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

_____
Robert D. Mariani
United States District Judge